IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN C. WELD JR., On Behalf of Himself and All Others Similarly Situated, § § § | | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS ENTERED |
| Plaintiff, § | C.A. No. H-99-0957 | APR 28 1999 |
| v. § § | | Michael N. Milby, Clerk |
| STAGE STORES, INC, et al. § § | | |

## ORDER

Having considered Defendants Credit Suisse First Boston and Bear Stearns & Co., Inc.'s ("Defendants') Agreed Motion for Motion for Enlargement of Time to Answer or Move, the Court is of the opinion that it should be **GRANTED**. It is, therefore, **ORDERED** that Defendants' time to file an answer or motion pursuant to Fed. R. Civ. P. 12 is extended to and including June 9, 1999.

Signed at Houston, Texas this the 28th day of April, 1999.

_____
HON. KENNETH HOYT
UNITED STATES DISTRICT JUDGE