

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN C. WELD, JR., On behalf of Himself and All Others Similarly Situated, § § § Plaintiff, § § vs. § § STAGE STORES, INC., CARL TOOKER, § TYLER INTERNATIONAL, TYLER § MASSACHUSETTS, L.P., TYLER § CAPITAL FUND L.P., BCIP TRUST § ASSOCIATES L.P., BCIP ASSOCIATES, § BAIN CAPITAL, INC., BAIN VENTURE § CAPITAL, ACADIA PARTNERS L.P., § ACADIA FW PARTNERS L.P., ACADIA § MGP, INC., OAK HILL PARTNERS, INC., § SANDRA BORNSTEIN, ERNEST R. § CRUSE, RIGO HERNANDEZ, JERRY C. § IVIE, JOANNE SWARTZ, MARK § SHULMAN, MEL WARD, DONALD R. § WESTBROOK, JAMES MARCUM, § STEPHEN LOVELL, CHARLES SLEDGE, § ADAM KIRSCH, JOSHUA BEKENSTEIN, § PETER G. MULVIHILL, CREDIT SUISSE § FIRST BOSTON and BEAR, STEARNS & § CO., INC., § § Defendants. § | CIVIL ACTION NO. H-99-0957 <br><br> UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS ENTERED <br><br> DEC 8 1999 <br><br> Michael N. Milby, Clerk |

#67

# FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case, the Court hereby GRANTS the defendants' motions to dismiss.

This is a Final Judgment.

Signed this 8th day of December, 1999.

KENNETH M. HOYT
United States District Judge